IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES E. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT CHILD YOUNG<br>Family Services Rhode Island, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:12-CV-2406-TWT |

## ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for improper venue and failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff's Motion to Appoint Counsel [Doc. 6] is DENIED.

SO ORDERED, this 8 day of November, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge